# C A D W A L A D E R

Cadwalader, Wickersham & Taft LLP
New York London Charlotte Washington Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000 Fax 212 504 6666
www.cadwalader.com

October 11, 2005

## VIA FEDERAL EXPRESS

Chambers of Honorable Mark L. Wolf
United States District Court
District Of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

Re: Randolph E. Waldron, Jr. v. Northwest Airlines, Inc., Civil Action No. 05-11402 (MLW)

To the Clerk of the Court:

We represent Northwest Airlines Corporation and its affiliated debtors-in-possession (collectively, the "Debtors") in chapter 11 cases pending in the United States Bankruptcy Court for the Southern District of New York. On September 14, 2005, Northwest Airlines, Inc., defendant in the above captioned matter, filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), captioned *In re Northwest Airlines Corporation, et al., Debtors*; jointly administered, Case No. 05-17930 (ALG) in the United States Bankruptcy Court for the Southern District of New York.

Annexed hereto as Exhibit A is a copy of the "Suggestion of Automatic Stay" staying the above referenced civil action. We respectfully request that you cause an entry to be reflected on the docket referencing same.

Should you have any questions or any issues pertaining to this case, please feel free to contact me.

Respectfully submitted,

Gregory M. Petrick

cc:    Randolph E. Waldron, Jr.

**EXHIBIT A**

Bruce R. Zirinsky (BZ 2990)
Gregory M. Petrick (GP 2175)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

- and-

Mark C. Ellenberg (ME 6927)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street N.W., Suite 1100
Washington, DC 20004
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
Attorneys for Debtors and Debtors In Possession

---------------------------------------------------------------------- x

**RANDOLPH E. WALDRON, JR.**   ::     **UNITED STATES DISTRICT COURT**

             **Plaintiff**     ::     **DISTRICT OF MASSACHUSETTS**

**v.**     x     **CIVIL ACTION NO. 05-11402 (MLW)**

**NORTHWEST AIRLINES, INC.**

         **Defendant**

---------------------------------------------------------------------- 

## NOTICE OF BANKRUPTCY

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED that on September 14, 2005, defendant Northwest Airlines, Inc., filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), captioned *In re Northwest Airlines Corporation, et al., Debtors*; jointly administered, Case No. 05-17930 (ALG), pending in the United States Bankruptcy Court for the Southern District of New York.  Annexed hereto as Exhibit A is a copy of the relevant chapter 11 petition.

PLEASE BE FURTHER ADVISED that the above-captioned action has been automatically stayed.  Pursuant to section 362 of the Bankruptcy Code, the filing of the bankruptcy petition automatically stays, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]." 11 U.S.C. § 362(a)(1).

Dated:    New York, New York
          October 11, 2005

2

CADWALADER, WICKERSHAM & TAFT LLP

BY: _____

Bruce R. Zirinsky (BZ 2990)
Gregory M. Petrick (GP 2175)
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

- and -

Mark C. Ellenberg (ME 6927)
1201 F Street N.W., Suite 1100
Washington, DC 20004
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

Attorneys for Debtors and
Debtors In Possession

**EXHIBIT B**

**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Northwest Airlines, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 41-0449230 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2700 Lone Oak Parkway<br>Eagan, MN 55121 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Dakota County, MN | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

The Debtor, together with its affiliated Debtors, operates the 4th largest airline company in the world. The Debtors collectively have assets located throughout the United States and various other countries.

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 13 |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e)(Optional) | |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors. | |
| ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors (Consolidated numbers including all affiliates)

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Estimated Assets (Consolidated numbers including all affiliates)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Estimated Debts (Consolidated numbers including all affiliates)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| (Official Form 1) (12/03) | FORM B1, Page 2 |
|---|---|

| **Voluntary Petition** | Name of Debtor(s): Northwest Airlines, Inc. |
|---|---|
| (This page must be completed and filed in every case) | |

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location | Case Number: | Date Filed: |
| Where Filed: Not Applicable | | |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: See Attached Schedule 1 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X /s/ Bruce R. Zirinsky
Signature of Attorney for Debtor(s)
Bruce R. Zirinsky
Printed Name of Attorney for Debtor(s)
Cadwalader, Wickersham & Taft LLP
Firm Name
One World Financial Center
Address
New York, New York 10281

(212) 504-6000
Telephone Number
September 14, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Barry P. Simon
Signature of Authorized Individual
Barry P. Simon
Printed Name of Authorized Individual
Executive Vice President and General Counsel
Title of Authorized Individual
September 14, 2005
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature or Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.